THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 William Jermaine Henry, Appellant.
 
 
 

Appeal From Greenville County
G. Edward Welmaker, Circuit Court Judge

Unpublished Opinion No.  2011-UP-333 
Submitted June 1, 2011  Filed June 27, 2011

AFFIRMED

 
 
 
 Chief Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Alan M. Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, and Assistant
 Attorney General Melody J. Brown, all of Columbia; and Solicitor W. Walter Wilkins, III of Greenville, for Respondent.
 
 
 

PER CURIAM:  William Jermaine Henry appeals his conviction for the murder of Francisco Perez.  He argues the trial court erred in two
respects: (1) overruling his objection to and denying his mistrial motion based upon the testimony of a State witness and (2) overruling his objection to and
denying his mistrial motion based upon the State's opening argument.  We affirm[1] pursuant to Rule 220(b)(1),
SCACR, and the following authorities: 
1.  As to the first issue: State v. Keenon, 356 S.C. 457, 459, 590 S.E.2d 34, 35 (2003) (holding that the trial court's error was harmless
because of "the overwhelming evidence" of the appellant's guilt) (per curiam).
2.  As to the second issue: State v. Primus, 349 S.C. 576, 587, 564 S.E.2d 103, 109 (2002) (holding the State's improper argument was harmless
error where evidence of guilt was overwhelming), overruled on other grounds by State v. Gentry, 363 S.C. 93, 106, 610 S.E.2d 494, 501 (2005).
AFFIRMED.
HUFF, WILLIAMS, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.